# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00067-CV

### K.L.M., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE DISTRICT COURT OF TOM GREEN, 340TH JUDICIAL DISTRICT
### NO. C100019CPS, HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant K.L.M.[1] has filed a motion to dismiss this appeal. Appellant certifies that he has conferred with all parties and that they do not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Henson and Goodwin

Dismissed on Appellant's Motion

Filed: March 15, 2012

_____

[1] We use an alias to refer to appellant. *See* Tex. R. App. P. 9.8.